BROWN, Appellant, v. BROWN et al, Respondents. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Alfred S. Brown against Mortimer S. Brown and others. No opinion. Order resettled, so as to allow costs of the appeal to this court to all parties, payable out of the estate.

---

BROWN v. JONES. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Richard B. Brown against Benjamin S. Jones. No opinion. Appeal dismissed on consent.

---

BRUCE, Appellant, v. VAN DEMARK et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Sarah M. Bruce, as administratrix, etc., of William G. Bruce, deceased, against Willet I. Van Demark and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

BRYANT, Respondent, v. TURNER, Appellant. (Supreme Court, Appellate Division, Third Department. March 27, 1903.) Action by Edwin R. Bryant against Charles H. Turner. No opinion. Judgment and order unanimously affirmed, with costs.

---

BUCCOLA, Appellant, v. BUCCOLA, Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Salvatore Buccola against Sanna Buccola. J. J. Freschi, for appellant. G. S. Wilson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BULL, Respondent, v. BREAKENRIDGE et al., Appellants (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Martin V. B. Bull against Henrietta H. Breakenridge and another. No opinion. Judgment unanimously affirmed, with costs.

---

BULLARD, Appellant, v. BULLARD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Harriet S. Bullard against Daniel A. Bullard, 2d, and Charles E. Brisbin, as executors, etc., of Daniel A. Bullard, deceased. No opinion. Judgment unanimously affirmed, with costs.

---

In re BULLOCH. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) In the matter of the petition of Florence Bulloch to remove Emery Steel from certain lands. No opinion. Order affirmed, with costs.

---

BURKS v. BOSSO. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by George W. Burks against Paul Bosso. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and questions to be certified to that court, to be settled by and before ADAMS, P. J., on two days' notice.

---

CAHN, Appellant, v. HATCH, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Fanny Cahn, as administratrix, against Edward P. Hatch. A. J. Stern, for appellant. H. Smith, for respondent. No opinion. Judgment and order affirmed, with costs.

---

CALEDONIA SPRINGS ICE CO., Respondent, v. FOREST, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by the Caledonia Springs Ice Company against Camille Forest. No opinion. Judgment affirmed, with costs.

---

CAYUGA COUNTY PATRONS' FIRE RELIEF ASS'N, Respondent, v. NETTLETON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by the Cayuga County Patrons' Fire Relief Association against Cyrus A. Nettleton and others. No opinion. Judgment affirmed, with costs.

---

CHRISTIANSEN, Respondent, v. O'NEILL, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Alfred T. Christiansen against Henry O'Neill. G. M. Baker, for appellant. J. Rosenzweig, for respondent. No opinion. Judgment (78 N. Y. Supp. 757) affirmed, with costs, with leave to defendant to amend answer, on payment of costs in this court and in the court below.

---

CITIZENS' STATE BANK, Respondent, v. COWLES, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by the Citizens' State Bank against Sarah B. Cowles. No opinion. Settled by the trial judge.

---

CITY OF BUFFALO v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by the city of Buffalo against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion denied, with $10 costs.

---

CITY OF NEW YORK v. STECKLER. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by the city of New York against Alfred Steckler. No opinion. Motion denied.

---

CITY OF ROCHESTER, Respondent, v. HEUGHES, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by the city of Rochester against Frederick L. Heughes.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on authority of City of Rochester v. Bloss, 77 App. Div. 28, 79 N. Y. Supp. 236, affirmed in Court of Appeals February 24, 1903, not yet officially reported, 66 N. E. 1105; the warrant issued by the mayor having no seal affixed thereto.